```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 03900
   BARBARA M YOUNG
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6485


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 03/06/2007 and was not confirmed.

     The case was dismissed without confirmation 10/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO                 CURRENT MORTG        .00           .00            .00
WELLS FARGO                 MORTGAGE ARRE        .00           .00            .00
*AMERICAN GENERAL FINANC    SECURED NOT I        .00           .00            .00
*AMERICAN GENERAL FINANC    UNSECURED       NOT FILED          .00            .00
JEFFERSON CAPITAL SYSTEM    UNSECURED         10239.34         .00            .00
ASSET ACCEPTANCE LLC        UNSECURED           339.17         .00            .00
HOMEQ SERVICING CORP        CURRENT MORTG        .00           .00            .00
HOMEQ SERVICING CORP        MORTGAGE ARRE        .00           .00            .00
INTERNAL REVENUE            PRIORITY        NOT FILED          .00            .00
AMC MORTGAGE SERVICES       UNSECURED       NOT FILED          .00            .00
AMC MORTGAGE SERVICES       UNSECURED       NOT FILED          .00            .00
AMERICAS SERVICING CO       UNSECURED       NOT FILED          .00            .00
AMERIQUEST MORTGAGE         UNSECURED       NOT FILED          .00            .00
AMERIQUEST MORTGAGE         UNSECURED       NOT FILED          .00            .00
AMERIQUEST MORTGAGE         UNSECURED       NOT FILED          .00            .00
BANK ONE NATIONAL PLAZA     UNSECURED       NOT FILED          .00            .00
CHASE                       UNSECURED       NOT FILED          .00            .00
CHASE HOME FINANCE LLC      UNSECURED       NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS I    UNSECURED       NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS I    UNSECURED       NOT FILED          .00            .00
COUNTRYWIDE HOME LOANS I    UNSECURED       NOT FILED          .00            .00
FREEMONT INVESTMENT & LO    UNSECURED       NOT FILED          .00            .00
HARRIS TRUST & SAVINGS B    UNSECURED       NOT FILED          .00            .00
HSBC CARSON                 UNSECURED       NOT FILED          .00            .00
HSBC                        UNSECURED       NOT FILED          .00            .00
KOHLS DEPT ST               UNSECURED       NOT FILED          .00            .00
HSBC/CARSONS                UNSECURED       NOT FILED          .00            .00
OPTION ONE MORTGAGE CO      UNSECURED       NOT FILED          .00            .00
SHORE BANK                  UNSECURED       NOT FILED          .00            .00
US DEPT OF EDUCATION        FILED LATE        45168.97         .00            .00
US DEPT OF EDUCATION        UNSECURED       NOT FILED          .00            .00
WASHINGTON MUTUAL           UNSECURED       NOT FILED          .00            .00
MOTHER MCAULEY HIGH SCHO    UNSECURED          3225.68         .00            .00
GLENDA J GRAY               REIMBURSEMENT       26.00          .00          26.00
GLENDA J GRAY               DEBTOR ATTY      2,500.00                      2,500.00

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 03900 BARBARA M YOUNG
```

```
TOM VAUGHN                     TRUSTEE                                   170.95
DEBTOR REFUND                  REFUND                                  1,367.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                4,063.95

PRIORITY                                        26.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               2,500.00
TRUSTEE COMPENSATION                           170.95
DEBTOR REFUND                                1,367.00
                       ---------------      ---------------
TOTALS                 4,063.95              4,063.95
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


      Dated: 01/22/08                    /s/ Tom Vaughn
                                         _____
                                         TOM VAUGHN
                                         CHAPTER 13 TRUSTEE